# IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

| | |
|---|---|
| LIZAJEAN HOLT, DONNA LEFEBVRE, )<br>DEBERA LEROY, and KIM LEONARD )<br>    Individually, and on behalf of )<br>    similarly situated persons )<br>)<br>    Plaintiffs. )<br>v. )    DOCKET NO. 3:07-CV-94<br>)<br>)<br>MENU FOODS INC. )<br>)<br>    Defendant. )<br>) | |

## DEFENDANT'S MOTION TO STAY ALL PROCEEDINGS

Comes Defendant, MENU FOODS INC. (referred to as "MENU FOODS"), and moves this Court to stay all proceedings in this action pending a transfer decision by the Judicial Panel on Multidistrict Litigation ("JPML") pursuant to U.S.C. §1407 and pending a determination of class certification by the transferee court pursuant to Federal Rules of Civil Procedure 23(d)(1). In support thereof, Defendant relies upon its Memorandum of Law in Support of Defendant's Motion to Stay.

WHEREFORE, Defendant respectfully requests that this Honorable Court enter an Order staying further proceedings, including but not limited to Defendant's obligation to file responsive pleadings in this matter, pending the transfer decision by the JPML and a determination of class certification by the transferee court.

1

Respectfully Submitted this 18th day of April, 2007.

                    s/Jeffrey R. Thompson
                    BPR#020310
                    Attorney for Defendant, Menu Foods, Inc.
                    O'Neil Parker & Williamson, PLLC
                    P.O. Box 217
                    Knoxville, Tennessee 37901
                    865-546-7190
                    865-546-0789 fax.

## CERTIFICATE OF SERVICE

    I do hereby certify that on April 18, 2007, an exact copy of the foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's electronic filing system.

    This 18th day of April, 2007.

                    /s Jeffrey R. Thompson
                    for O'Neil, Parker & Williamson