IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TENNESSEE AT KNOXVILLE

FILED
2007 MAY 10  P 12: 27

| | |
|---|---|
| LIZAJEAN HOLT, DONNA LEFEBVRE, DEBERA LEROY, and KIM LEONARD Individually, and on behalf of similarly situated persons )<br><br>Plaintiffs,<br>v.<br><br>MENU FOODS INC.<br><br>Defendant. | DOCKET NO. 3:07-CV-94 |

**MOTION FOR ADMISSION PRO HAC VICE**

The undersigned, counsel for Menu Foods Inc., moves for admission to appear in this action *pro hac vice*. (Check applicable box).

☒ I reside in the Northern District of Illinois, where I am admitted and entitled to practice. A certificate of good standing is attached. (E.D. TN LR 83.5(d)). **FILING FEE = $60.00.**

☐ An application for my admission to practice in this Court is currently pending. (E.D. TN LR 83.5 (h)). **NO FILING FEE REQUIRED.**

I declare under penalty of perjury that the foregoing is true and correct.

Executed on May 9, 2007
(Date)

_____
(Signature)

Name: Michael P. Turiello
Address: Pretzel & Stouffer, Chartered
One South Wacker Drive
Suite 2500
Chicago, Illinois 60606
(312) 578-7507
(312) 346-8242 - facsimile

Holt v. Menu Foods Inc.    Doc. 6

## CERTIFICATE OF SERVICE

I do hereby certify that an exact copy of this pleading has been served upon all counsel of record by placing same in the United States Mail, postage prepaid, or by the court's electronic filing system.

This 10th day of May, 2007

_____
for O'Neil, Parker & Williamson

# CERTIFICATE OF GOOD STANDING



*United States of America*

} ss. Michael Patrick Turiello

*Northern District of Illinois*

    I, Michael W. Dobbins, Clerk of the United States District Court for the Northern District of Illinois,

    DO HEREBY CERTIFY That Michael Patrick Turiello was duly admitted to practice in said Court on (12/18/1996) and is in good standing as a member of the bar of said court.

Dated at Chicago, Illinois
on (05/09/2007 )

                                                                       Michael W. Dobbins, Clerk,
                                                                       By: David A. Jozwiak
                                                                           Deputy Clerk