# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF TENNESSEE
## AT KNOXVILLE

| | |
|---|---|
| **LIZAJEAN HOLT,** *et al*, ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | No. 3:07-CV-94 |
| ) | (Phillips) |
| **MENU FOODS, INC.,** ) | |
| ) | |
| **Defendant.** ) | |

### ORDER

Michael P. Turiello, Priya K. Jesani and Edward B. Ruff, III, request the court for admission to practice in this case pro hac vice on behalf of defendant [Docs. 6, 7, and 8]. Counsel state that they are members in good standing of the United States District Court for the Northern District of Illinois, and have attached a certificate of good standing from that court to their motions. Accordingly, the motions for admission pro hac vice of counsel for defendant [Docs. 6, 7, and 8] are **GRANTED**.

ENTER:



s/ Thomas W. Phillips
United States District Judge